UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                RE:    MURPHY, Itheyus All
                      Docket Number:  1:05CR00090-01 OWW
                      PERMISSION TO TRAVEL
                      OUTSIDE THE COUNTRY

Your Honor:

The releasee is requesting permission to travel to Edmonton, Canada.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On June 6, 2005,  Itheyus Murphy was sentenced for the offenses of 18 USC 1028(a)(7), Identity Theft and 18 USC 1343, Wire Fraud.

**Sentence imposed:** 41 months bureau of Prisons, 36 months term of supervised release, $700 special assessment, and mandatory testing.

**Dates and Mode of Travel:**  He will be traveling by air and will be leaving April 13, 2008, returning April 26, 2008.

**Purpose:**  The releasee was recently promoted to a manager's position with Cargill Meats Solutions and is required to attend a two-week training with Spruce Grove Cargill Plant, located in Canada.

**RE:   Murphy, Itheyus All**
**Docket Number:   1:05CR00060-01OWW**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian**
**United States Probation Officer**

**DATED:**   April 11, 2008
Fresno, California
MKD

**REVIEWED BY:**        /s/ Laurie E McAnulty for
**Bruce A. Vasquez**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved       X                    Disapproved _____

IT IS SO ORDERED.

**Dated:   April 11, 2008**              **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE