**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

> RE:   **MURPHY, Itheyus All**
> **Docket Number:  1:05CR00090-01 OWW**
> **PERMISSION TO TRAVEL**
> **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Edmonton, Canada.  He  is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On June 6, 2005,  Itheyus Murphy was sentenced for the offenses of 18 USC 1028(a)(7), Identity Theft and 18 USC 1343, Wire Fraud.

**Sentence imposed:**  41 months bureau of Prisons, 36 months term of supervised release, $700 special assessment, and mandatory testing.

**Dates and Mode of Travel:**  He will be traveling by air and will be leaving June 18, 2008, returning July 3, 2008.

**Purpose:**  The releasee was promoted to manager with Cargill Meats Solutions and as a result, he is required to attend training with Spruce Grove Cargill Plant, located in Canada.

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG

**RE:    Murphy, Itheyus All**
**         Docket Number:   1:05CR00060-01 OWW**
**         <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**


Respectfully Submitted,

/s/ Marlen K. DeOrian

**Marlene K.DeOrian**
**United States Probation Officer**


**DATED:**      June 12, 2008
                  Fresno, California
                  MKD


**REVIEWED BY:**       /s/ Bruce A. Vasquez
                    **Bruce A. Vasquez**
                    **Supervising United States Probation Officer**

_____

**ORDER OF THE COURT:**

Approved _____X_____          Disapproved _____


IT IS SO ORDERED.

**Dated:    June 16, 2008**                    /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG